IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: Real property at 2202 Badin Road, )<br>Albemarle, North Carolina 28001, more )<br>particularly described in a deed recorded in )<br>Stanly County at Deed Book 1252, Page 871. )<br>                                               )<br>FILE IN GRANTOR INDEX UNDER:   )<br>                                               )<br>John Cousar                             )<br>                                               ) | 3:10-mc-1-RLV<br><br>**ORDER<br>AND LIS PENDENS** |

       WHEREAS, the United States of America, by and through Postal Inspector Christopher Davis, has presented an affidavit to the Court alleging that the above-captioned property is subject to forfeiture as set forth in 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461; and,

       WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that offenses in violation of 18 U.S.C. §§ 1341, 1343, and/or 1349 have been committed, and probable cause that the above captioned property may be subject to forfeiture; and,

       WHEREAS, upon this finding of probable cause that the property may be subject forfeiture to the United States pursuant to 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461, the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential criminal forfeiture claim against the property;

       THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository to prevent the flight or transfer of the property so that the United States may initiate action to adjudicate forfeiture of the property; and,

       ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in

rem action before this Court, and any person who has a question as to this action should contact:

>United States Attorney for the Western District of North Carolina
>Attn: Benjamin Bain-Creed
>227 West Trade Street, Suite 1650
>Charlotte, NC 28202
>(704) 344-6222.

This the 4th day of January, 2010.

_____
Honorable David C. Keesler
UNITED STATES MAGISTRATE JUDGE