IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 3:10-mc-1

IN RE: Real property at 2202 Badin Road, )
Albemarle, North Carolina 28001, more )
particularly described in a deed recorded in )
Stanly County at Deed Book 1252, Page 871. )
_____ )

**ORDER SEALING AFFIDAVIT IN SUPPORT OF ORDER AND LIS PENDENS**

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavit in Support of the Order and Lis Pendens, the Motion to Seal, and this Order be sealed, to protect the secrecy of the ongoing nature of the investigation in this matter until further order of this court,

IT IS HEREBY ORDERED that the Affidavit in Support of the Order and Lis Pendens, the Motion to Seal, and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 4th day of January, 2010.

David C. Keesler
United States Magistrate Judge

FILED
CHARLOTTE, NC
JAN 04 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC