# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:10-MC-1-RLV-DCK

| | |
|---|---|
| IN RE: Real Property at 2202 Badin Road, Albemarle, North Carolina 28001, more particularly described in a deed recorded in Stanly County at Deed Book 1252, Page 871. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Unseal Affidavit And Related Pleadings" (Document No. 3) filed January 6, 2010 by the Government in the above-captioned matter.

For good cause shown, the motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's motion is GRANTED, and the entire file in this criminal action is hereby UNSEALED.

**SO ORDERED**.

Signed: January 6, 2010

David C. Keesler
United States Magistrate Judge